# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BENJAMIN WUNDERLICH, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>REGIONS BANK, INC. F/K/A REGIONS FINANCIAL CORPORATION,<br><br>  Defendant. | Case No. 1:21-cv-00053 |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, BENJAMIN WUNDERLICH, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, REGIONS BANK, INC. F/K/A REGIONS FINANCIAL CORPORATION, without prejudice, with all parties to bear their own attorney's fees and cost.

Dated: March 19, 2021

Respectfully submitted,

**BENJAMIN WUNDERLICH**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com