**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Benjamin Wunderlich
                       Plaintiff,

v.                                           Case No.: 1:21−cv−00053
                                           Honorable Robert W. Gettleman

Regions Bank
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 19, 2021:

      MINUTE entry before the Honorable Robert W. Gettleman: On plaintiff's Notice of Voluntary Dismissal [9] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) this case is dismissed without prejudice, with all parties to bear their own attorney's fees and costs. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.